IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

DEMETRIUS ALPHA OMEGA MURRAY

INDICTMENT

4:25cr101-RH

_____/

THE GRAND JURY CHARGES:

### COUNT ONE

On or about November 14, 2025, in the Northern District of Florida, the defendant,

**DEMETRIUS ALPHA OMEGA MURRAY,**

did knowingly transmit in interstate commerce a communication, that is, a telephone call, containing a true threat to injure another person, with the intent to communicate a true threat and knowledge that it would be viewed as a true threat, and the communication contained a threat to injure multiple children, specifically, "I'm headed up there right now to kill these kids at the middle school."

In violation of Title 18 United States Code, Section 875(c).

## COUNT TWO

On or about November 14, 2025, in the Northern District of Florida, the defendant,

**DEMETRIUS ALPHA OMEGA MURRAY,**

did knowingly transmit in interstate commerce a communication, that is, a telephone call, containing a true threat to injure another person, with the intent to communicate a true threat and knowledge that it would be viewed as a true threat, and the communication contained a threat to injure multiple children, specifically, that he would "kill these kids in the name of [Business 1]."

In violation of Title 18 United States Code, Section 875(c).

## COUNT THREE

On or about November 14, 2025, in the Northern District of Florida, the defendant,

**DEMETRIUS ALPHA OMEGA MURRAY,**

did knowingly transmit in interstate commerce a communication, that is, a telephone call, containing a true threat to injure another person, with the intent to communicate a true threat and knowledge that it would be viewed as a true threat, and the communication contained a threat to injure multiple

children, specifically, "I got a 9 millimeter gun in my hand and I'm going to this middle school and I'm about to shoot this middle school up right now."

In violation of Title 18 United States Code, Section 875(c).

## COUNT FOUR

On or about November 14, 2025, in the Northern District of Florida, the defendant,

### DEMETRIUS ALPHA OMEGA MURRAY,

did knowingly transmit in interstate commerce a communication, that is, a telephone call, containing a true threat to injure another person, with the intent to communicate a true threat and knowledge that it would be viewed as a true threat, and the communication contained a threat to injure an unidentified child, specifically, "[B]last this little girl head off, first white bitch out here. Shoot her ass nigga. Kill her ass."

In violation of Title 18 United States Code, Section 875(c).

## COUNT FIVE

On or about November 14, 2025, in the Northern District of Florida, the defendant,

### DEMETRIUS ALPHA OMEGA MURRAY,

did knowingly transmit in interstate commerce a communication, that is, a

3

telephone call, containing a true threat to injure another person, with the intent to communicate a true threat and knowledge that it would be viewed as a true threat, and the communication contained a threat to injure an unidentified child, specifically, "my gun is pointed at this little girl right now."

In violation of Title 18 United States Code, Section 875(c).

## COUNT SIX

On or about November 14, 2025, in the Northern District of Florida, the defendant,

**DEMETRIUS ALPHA OMEGA MURRAY,**

did knowingly transmit in interstate commerce a communication, that is, an email containing a video recording, containing a true threat to injure another person, with the intent to communicate a true threat and knowledge that it would be viewed as a true threat, and the communication contained a threat to injure multiple children, specifically, during the video a firearm is pointed

at a playground occupied by children.

In violation of Title 18 United States Code, Section 875(c).

A TRUE BILL:

███████████████████

FOREPERSON

12/2/25
DATE

JOHN P. HEEKIN
United States Attorney

ERIC K. MOUNTIN
Assistant United States Attorney

5